# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 14-16261-JKF

KATHEY HOLEMAN

5353 YOCUM STREET

PHILADELPHIA, PA 19143

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KATHEY HOLEMAN

5353 YOCUM STREET

PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

Date: 8/23/2016

/S/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee