# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 14-16261-JKF

      KATHEY HOLEMAN

      5353 YOCUM STREET

      PHILADELPHIA, PA 19143

            Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

      KATHEY HOLEMAN

      5353 YOCUM STREET

      PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

      JAMES MORAN ESQUIRE
      2230 LAND TITLE BUILDING
      100 SOUTH BROAD STREET
      PHILA, PA 19110-

                    /S/ William C. Miller

Date: 10/25/2016          _____

                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee