# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                           Chapter 13

                                           Bankruptcy No. 14-16261-JKF

KATHEY HOLEMAN

5353 YOCUM STREET

PHILADELPHIA, PA 19143

          Debtor

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KATHEY HOLEMAN

5353 YOCUM STREET

PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

                                   /S/ William C. Miller

Date: 2/21/2017                       _____

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee