United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-16261-amc
Kathey Holeman                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 2              Date Rcvd: Feb 07, 2018
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
```
db            +Kathey Holeman,    5353 Yocum Street,    Philadelphia, PA 19143-5431
cr            +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
                Harrisburg, PA 17102-2305
13446959       CREDITONE, LLC,    PO BOX 625,    METAIRIE, LA 70004-0625
13461362       ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13361134      +I C Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
13361135      +KML Law Group, PC,    701 Market Street, Suite 5000,,    Philadelphia, PA 19106-1541
13361137      +PGW,    Bankruptcy Dept.,    800 W. Montgomery Ave.,,    Philadelphia, PA 19122-2806
13361139      +Santander Consumer USA,    8585 N. Stemmons Freeway, Ste 1000,,    Dallas, TX 75247-3800
13640222      +U.S. BANK NATIONAL ASSOCIATION,    Pennsylvania Housing Finance Agency,
                Loan Servicing Division,    211 North Front Street,    Harrisburg, Pennsylvania 17101-1406
13361140      +U.S. Bank National Association, Trustee,    for PA Housing Finance Agency,    211 N. Front St.,,
                PO Box 15057,    Harrisburg, PA 17105-5057
13361142      +XEROX State & Local Solutions,    PO Box 41819,    Philadelphia, PA 19101-1819
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Feb 08 2018 01:34:22     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2018 01:34:09
                Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 08 2018 01:34:20     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13361132      +E-mail/Text: EBNProcessing@afni.com Feb 08 2018 01:34:17      AFNI,   PO Box 3097,
                Bloomington, IL 61702-3097
13397122      +E-mail/Text: bnc@atlasacq.com Feb 08 2018 01:34:03     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
13361133      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 08 2018 01:34:33
                Credit Collection Services,   PO Box 9133,   Needham Heights, MA 02494-9133
13375931       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 08 2018 01:35:18
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
13375932       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 08 2018 01:35:14
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13447194       E-mail/PDF: pa_dc_claims@navient.com Feb 08 2018 01:35:13     Navient Solutions Inc.,
                Department of Education Loan Services,    P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
13361136      +E-mail/Text: bankruptcygroup@peco-energy.com Feb 08 2018 01:34:06     PECO Energy,
                Bankruptcy Dept.,   2301 Market St.,,   Philadelphia, PA 19103-1338
13361138      +E-mail/PDF: pa_dc_claims@navient.com Feb 08 2018 01:35:13     SALLIE MAE,   PO Box 9635,
                Wilkes Barre, PA 18773-9635
13361141      +E-mail/Text: bnc-bluestem@quantum3group.com Feb 08 2018 01:34:30     WEBBANK/FRESHSTART,
                6250 Ridgewood Road,,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13401338      James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
13401339      James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
13401340      James D.Moran,2230 Land itle Bldg.,Phila.,PA 19110
                                                                                   TOTALS: 3, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2            User: YvetteWD              Page 2 of 2                  Date Rcvd: Feb 07, 2018
                                Form ID: pdf900             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JAMES D. MORAN    on behalf of Debtor Kathey  Holeman jamesdmoran@hotmail.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHEY HOLEMAN                                  Chapter 13

                        Debtor            Bankruptcy No. 14-16261-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___6th___ day of ___February___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

Debtor:
KATHEY HOLEMAN

5353 YOCUM STREET

PHILADELPHIA, PA 19143